UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CAMPBELL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:15-cv-01761 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Phillip Campbell seeks to proceed *in forma pauperis* in this action. (Doc. 3) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).  The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is not employed, and has no income other than government general assistance, which he has received only for three months.  (Doc. 3 at 1)  Further, Plaintiff notes he does not possess real estate, stocks, bonds, securities, other financial instruments, an automobile, or other things of value.  (*Id.* at 2.)  Consequently, the Court is unable to determine how Plaintiff is supporting himself, or if Plaintiff is dependent upon another individual who would be able to pay the filing fee.

1

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting himself, or his dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **November 23, 2015**            /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE