1
2
3
4
5
6
7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   PHIL CAMPBELL,                    )  Case No.: 1:15-cv-01761 – JLT
                                       )
12              Plaintiff,             )  ORDER DISCHARGING THE ORDER TO
                                       )  SHOW CAUSE DATED DECEMBER 17, 2015
13         v.                          )
                                       )
14   CAROLYN W. COLVIN,                )
     Acting Commissioner of Social Security,  )
15                                     )
                Defendant.             )
16  _____ )

17          On December 17, 2015, the Court ordered Plaintiff to show cause why sanctions should not be

18   imposed and his request to proceed *in forma pauperis* should not be denied for his failure to comply

19   with the Court's order.   (Doc. 5)  In the alternative, Plaintiff was ordered to file an amended

20   application to proceed in forma pauperis.  (*Id.* at 2)  Plaintiff filed a timely reply to the Court's order

21   on December 24, 2015, including an amended application setting forth further information regarding

22   his financial status.  (Doc. 6)  Accordingly, the Court **ORDERS**:  The order to show cause dated

23   December 27, 2015 (Doc. 5) is **DISCHARGED**.

24

25   IT IS SO ORDERED.

26      Dated:   **December 28, 2015**            **/s/ Jennifer L. Thurston**
27                                            UNITED STATES MAGISTRATE JUDGE

28