# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01761- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 15) |

On July 18, 2016, the parties filed a stipulation for an extension of time for Plaintiff to serve his confidential letter brief. (Doc. 15) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 10 at 4), and this is the first extension requested by either party. However, Plaintiff reports the parties stipulated an extension of 45 days "due to the parties [sic] schedules." (Doc. 15 at 2) Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve a confidential letter brief no later than **August 28, 2016**.

IT IS SO ORDERED.

Dated:   **July 20, 2016**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1