# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL CAMPBELL,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:15-cv-01761 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 1, 2016 (Doc. 19) |

On November 1, 2016, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute and comply with the Court's order, or in the alternative to file his opening brief. (Doc. 19) Plaintiff timely filed a response to the Court's order as well has his opening brief in the action. (Docs. 20-21)

Accordingly, the Court **ORDERS** that the Order to Show Cause dated November 1, 2016 (Doc. 19) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **November 7, 2016**                    **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

1