# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-1761- JLT<br><br>ORDER GRANTING A SECOND EXTENSION OF TIME<br><br>(Doc. 23) |

On November 22, 2016, Defendant filed a stipulation of the parties for a seven-day extension of time for Defendant to respond to Plaintiff's opening brief. (Doc. 23) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5-1 at 4), which was previously used by Plaintiff. (Docs. 15, 16) Beyond that extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 10 at 4) Based upon the information provided and good cause appearing, the Court **ORDERS**:

    1.    Defendant's request for an extension of time is **GRANTED**; and

    2.    Defendant **SHALL** file a response to the brief on or before **December 9, 2016**.

IT IS SO ORDERED.

    Dated:  **November 28, 2016**          /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE